# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 20, 2013

## NO. 03-13-00423-CR

**The State of Texas, Appellant**

**v.**

**Steve Villarreal, Jr., Appellee**

---

**APPEAL FROM 433RD DISTRICT COURT OF COMAL COUNTY**
**BEFORE CHIEF JUSTICE JONES, JUSTICES PEMBERTON AND FIELD**
**DISMISSED AS MOOT -- OPINION BY JUSTICE FIELD**

---

This is an appeal from the order entered by the trial court on May 30, 2013. Having reviewed the record and the parties' arguments, it appears that our disposition of appellant's petition for writ of mandamus in Cause No. 03-13-00657-CR disposes of all issues in this appeal. Therefore, the Court dismisses the appeal as moot. The appellee shall pay all costs relating to this appeal, both in this Court and the court below.